USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 03/25/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NORTHEAST REMSCO
CONSTRUCTION, INC.,

            Plaintiff,

v.

CABLEVISION SYSTEMS NEW YORK
CITY CORP.,

            Defendant.

22-CV-765 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

It has been reported to the Court that the parties in this case have reached a settlement in principle. Accordingly, it is hereby:

ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's docket if the application to restore the action is made within forty-five (45) days. Any application to reopen this action must be filed within forty-five (45) days of this order, and any application filed thereafter may be denied solely on that basis. If the parties seek to have the Court retain jurisdiction to enforce a settlement agreement, the terms of the agreement must be placed on the public record and "so ordered" by the Court within the same forty-five-day period. *See Hendrickson v. United States*, 791 F.3d 354, 358 (2d Cir. 2015). The Clerk of Court is respectfully directed to close this case.

SO ORDERED.

Dated:    March 25, 2022
             New York, New York

_____
Ronnie Abrams
United States District Judge